IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

OWEN HARTY, Individually,

        Plaintiffs,

v.

GLIMCHER WESTSHORE, LLC, A Foreign Limited Liability Company,

        Defendant.
_____

Case No.: 8:09-cv-2596-T30-TGW

## STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

    Plaintiff and Defendant, by and through undersigned counsel, hereby stipulate to the Dismissal of the instant Case with Prejudice.

**FOR THE PLAINTIFF**

By: /s/ Thomas B. Bacon

| |
|---|
| Thomas B. Bacon, Esq.<br>Attorney-At-Law<br>4868 S.W. 103rd Ave.<br>Cooper City, FL 33328<br>ph. (954) 925-6488<br>tbb@thomasbaconlaw.com |

**FOR THE DEFENDANT**

By: /s/ Eric S. Koenig

| |
|---|
| Eric S. Koenig, Esq.<br>Richard M. Hanchett, Esq.<br>Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.<br>101 E. Kennedy Blvd.<br>Suite 2700<br>Tampa, FL 33602<br>813-223-7474<br>fx 813-229-6553<br>ekoenig@trenam.com,<br>rhanchett@trenam.com |