**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**OWEN HARTY,**

    **Plaintiff,**

v.                                                            Case No.  8:09-cv-2596-T-30TGW

**GLIMCHER WESTSHORE, LLC,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Clarification and, or for Leave to File the Settlement Agreement under Seal (Dkt. 20).  This is a case arising under the Americans with Disabilities Act ("ADA").  Plaintiff's motion requests further clarification from the Court regarding the parties' obligation to file their confidential settlement agreement, given the Court's Order of dismissal, which states that "No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court." (Dkt. 19).  Plaintiff contends that Defendant objects to the filing of the settlement agreement, unless it is under seal, given its confidential nature.

Under the circumstances, the Court does not need to review the settlement agreement entered between the parties.  Rather, Plaintiff shall file an affidavit in support of his fees and costs, which shall also attach invoices and/or billing records from his counsel and any expert.  Plaintiff must also reflect in his affidavit the amount of fees and costs preliminarily agreed upon between the parties, so that the Court can determine the reasonableness of same.

It is therefore ORDERED AND ADJUDGED that:

1. As set forth herein, Plaintiff's Motion for Clarification and, or for Leave to File the Settlement Agreement under Seal (Dkt. 20) is hereby GRANTED in part.

2. Plaintiff shall file the information requested herein within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on October 4, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-2596.mtclarificationDKT20.frm