IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| OWEN HARTY, Individually, | : |
| | : Case No.: 8:09-cv-2596-T30-TGW |
| v. | : |
| | : |
| GLIMCHER WESTSHORE, LLC, | : |
| | : |
| _____ | |

### PLAINTIFF'S NOTICE OF FILING

Plaintiff, by and through undersigned counsel, hereby submits the Affidavit of Thomas B. Bacon, Timesheets, and Expert Invoice in Support of the Settlement Agreement entered into between the parties. Although the Plaintiff's attorney fees, expert fees and costs exceed the settlement amount, the parties agreed to resolve this matter for a total of $17,000.00.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this October 4, 2010.

Respectfully submitted,

Attorney for Plaintiff:

 /s/ Thomas B. Bacon
Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com